UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTONIA BEERMUENDER | : | |
| | : | |
| Plaintiff, | : | C.A. No.: |
| | : | |
| v. | : | |
| | : | |
| WHOLE FOODS MARKET GROUP, INC. | : | |
| Defendant, | : | |
| | : | |

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441**

Defendant Whole Foods Market Group, Inc. (hereinafter "WFMG" or "Defendant") pursuant to 28 U.S.C. §§ 1441 and 1446, hereby submits notice to the United States District Court for the District of Connecticut of the removal of the above entitled action to this Court based upon diversity of citizenship and the amount in controversy.

As grounds herefor, Defendant states the following:

1. The Defendant described herein is a defendant in a civil action between the above-stated parties currently pending in the Connecticut Superior Court for the Judicial District of Ansonia/Milford under Civil Action Number AAN-CV-21-6041793-S.

2. The Defendant received service of the Complaint in the Superior Court action on February 10, 2021 and is commencing removal within the 30-day period from notice of applicable amount in controversy, pursuant to 28 U.S.C. § 1446. A copy of the Summons, Complaint, and Proof of Service are attached hereto as Exhibit A.

3. WFMG served the Plaintiff with requests for admissions and it received Plaintiff's responses to its requests for admissions on April 27, 2021. *See* Response to Requests for Admission attached hereto as Exhibit B.

3. The Plaintiff, Antonia Beermuender, is a resident of the State of Connecticut.

4. The Defendant is incorporated in Delaware and maintains its principal place of business in Texas.

5. The Complaint alleges that Plaintiff was injured when she tripped and fell while at the location of 1686 Boston Post Road in Milford, Connecticut.

6. The United States District Court has diversity jurisdiction over this case pursuant to 28 U.S.C. 1332, because: 1) Plaintiff is a citizen, resident and domiciliary of the State of Connecticut and WFMG is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas; and 2) the amount in controversy exceeds $75,000.00 exclusive of interest and costs. According his responses to Defendant's requests for admissions (and attached as Exhibit B), Plaintiff alleges damages in an amount that exceeds $75,000.00.

7. Complete diversity of citizenship exists between the parties and removal is proper pursuant to 28 U.S.C. § 1441.

8. 28 U.S.C. §1446(b) reads, in pertinent part, that:

Except as set forth in subsection (c),[1] if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

9. This Notice of Removal is timely under 28 U.S.C. §1446(b) as it is filed within thirty (30) days after notice that removal is proper.

10. All of the pleadings filed in the pending State Court action are attached hereto as Exhibit C.

---

[1] 28 U.S.C.§1446(c) requires removal based on diversity jurisdiction take place within one (1) year after commencement of the action.

WHEREFORE, the above action now pending against Defendants in the Connecticut Superior Court, Judicial District of Ansonia/Milford, is removed therefrom to this Honorable Court.

        Defendant,
        Whole Foods Market Group, Inc.,

        BY: /s/ David A. Brosnihan
        David A. Brosnihan
        dbrosnihan@chartwelllaw.com
        The Chartwell Law Offices, LLP
        170 Worcester Street, Suite 200
        Wellesley, Massachusetts 02481
        Tel: (617) 426-2400; fax: 617-395-2627
        Juris No.: 435573

Date: May 10, 2021

## **CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on May 10, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Noah Eisenhandler, Esq.
1164 Townsend Avenue
New Haven, CT 06512

                                            /s/David A. Brosnihan
                                            David A. Brosnihan