

**Service of Process Transmittal**
02/10/2021
CT Log Number 539029668

| | |
|---|---|
| **TO:** | Timothy Horn<br>Whole Foods Market, Inc.<br>550 Bowie St<br>Austin, TX 78703-4644 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Whole Foods Market Group, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ANTONIA BEERMUENDER, PLTF. vs. WHOLE FOODS MARKET GROUP, INC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/10/2021 at 13:11 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2021, Expected Purge Date: 02/15/2021<br><br>Image SOP<br><br>Email Notification,  Timothy Horn  timothy.Horn@wholefoods.com<br><br>Email Notification,  Ashley Nugent  ashley.nugent@wholefoods.com<br><br>Email Notification,  Jennifer LaPlante  jennifer.laplante@wholefoods.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



**Service of Process Transmittal**
02/10/2021
CT Log Number 539029668

**TO:** Timothy Horn
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

**RE:** **Process Served in Connecticut**

**FOR:** Whole Foods Market Group, Inc.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DN

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code)<br>14 West River Street, Milford, CT 06460 | Telephone number of clerk<br>( 203 ) 877 – 4293 | Return Date (Must be a Tuesday)<br>03/30/2021 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session    ☐ Number: ___ | At (City/Town)<br>Milford | Case type code (See list on page 2)<br>Major: T    Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Law Office of Noah Eisenhandler, LLC | Juris number (if attorney or law firm)<br>102759 |
|---|---|
| Telephone number<br>( 203 ) 467 – 0717 | Signature of plaintiff (if self-represented) | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>attyeisenhandler@sbcglobal.net |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Beermuender, Antonia<br>Address: 77 Fowler Road, North Branford, CT 06471 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Whole Foods Market Group, Inc. d/b/a Whole Foods Market<br>Address: 1686 Boston Post Road, Milford, CT 06460 c/o Agent for Service: CT Corp. System, 67 Burnside Ave. East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: | Total number of defendants: | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**
1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>2-3-21 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing<br>Noah Eisenhandler |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
A TRUE COPY
ATTEST:
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act -- C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: MARCH 30, 2021 | : | SUPERIOR COURT |
| ANTONIA BEERMUENDER | : | J.D. ANSONIA/MILFORD |
| VS. | : | AT MILFORD |
| WHOLE FOODS MARKET GROUP, INC. | : | FEBRUARY 2, 2021 |

## COMPLAINT

1. At all times relevant hereto, the Plaintiff, Antonia Beermuender, is a resident of 77 Fowler Road, North Branford, Connecticut.

2. At all times relevant hereto, the Defendant, Whole Foods Market Group, Inc., was a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 550 Bowie Street, Austin, Texas.

3. At all relevant times, the Defendant, Whole Foods Market Group, Inc. (hereinafter "Whole Foods Market"), acting through its agents, servants, and/or employees and doing business as a supermarket, owned, operated, maintained, managed, possessed and controlled the Whole Foods located at 1686 Boston Post Road, Milford, Connecticut.

4. On or about February 26, 2019, at approximately 3:30 p.m., the Plaintiff was lawfully upon the Defendant's premises as a business invitee

5. On February 26, 2019 as the Plaintiff exited the store onto the sidewalk area there was a woodpile that extended into the path of the walkway that was used for customer travel.

6. On or before February 26, 2019, the Defendant, its agents, servants, and/or employees, placed the pile of wood at its location into the path of the walkway.

7. On February 26, 2019, the Defendant's premises were in a dangerous and defective condition in that the woodpile was improperly placed in the path of the walkway creating a tripping hazard.

8. On February 26, 2019, as the Plaintiff was exiting the Defendant's premises and heading to her vehicle, she was caused to fall to the ground as she attempted to step around the woodpile and striking her foot on a stump near the woodpile resulting in the Plaintiff sustaining injuries and losses.

LAW OFFICE OF NOAH EISENHANDLER, LLC
1164 Townsend Avenue • New Haven, Connecticut 06512 • (203)467-0717 • FAX (203)467-0559 • JURIS NO. 102759

9. The Plaintiff's fall and resulting injuries and losses, as described hereinafter, as well as the dangerous and defective condition of the premises, were caused by the negligence of the Defendant, its agents, servants, and/or employees, in that they breached their duty to use reasonable care to inspect and maintain the premises and to make the premises reasonably safe in one or more of the following ways:

a. IN THAT the defendant placed the woodpile into the path of the walkway;

d. IN THAT the defendant caused or allowed and permitted said sidewalk area to be unsafe and dangerous in that it failed to place a barrier or signs to prevent the plaintiff from using said area;

e. IN THAT the defendant failed to ward the plaintiff of the said unsafe conditions;

f. IN THAT the defendant failed to remedy said unsafe condition by removing said woodpile from said area;

g. IN THAT the defendant failed to prevent the tripping hazard of the woodpile;

h. IN THAT the defendant failed to inspect the walkway area to ensure that there was no tripping hazard (s);

10. As a result of said negligence of the Defendant, Plaintiff, Antonia Beermuender, the following injuries and losses, some or all of which may be permanent, including but not limited to the following:

 a. Injury to her chin;

 b. Injury to her neck;

 c. Injury to her back;

 d. Injury to her knees;

 e. Bruising and abrasions.

11. As a further result of these injuries, the Plaintiff has experienced and will experience in the future, pain and suffering.

12. As a further result of these injuries, the Plaintiff's ability to carry out life's activities has been, and continues to be, permanently impaired.

13. As a further result of these injuries, the Plaintiff has incurred, and may incur in the future medical expenses.

THE PLAINTIFF,

BY: _____
Noah Eisenhandler, Esq.
1164 Townsend Avenue
New Haven, CT 06512
(203) 467-0717
Juris # 102759

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

LAW OFFICE OF NOAH EISENHANDLER, LLC
1164 Townsend Avenue • New Haven, Connecticut 06512 • (203)467-0717 • FAX (203)467-0559 • JURIS NO. 102759

| | | |
|---|---|---|
| RETURN DATE: MARCH 30, 2021 | : | SUPERIOR COURT |
| ANTONIA BEERMUENDER | : | J.D. ANSONIA/MILFORD |
| VS. | : | AT MILFORD |
| WHOLE FOODS MARKET GROUP, INC. | : | FEBRUARY 2, 2021 |

### STATEMENT OF AMOUNT IN DEMAND

**WHEREFORE,** the Plaintiff claims monetary damages in excess of $15,000.00, exclusive of interest and costs.

THE PLAINTIFF,
ANTONIA BEERMUENDER

BY: _____
Noah Eisenhandler, Esq.
1164 Townsend Avenue
New Haven, CT 06512
(203) 467-0717
Juris # 102759

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

LAW OFFICE OF NOAH EISENHANDLER, LLC
1164 Townsend Avenue • New Haven, Connecticut 06512 • (203)467-0717 • FAX (203)467-0559 • JURIS NO. 102759